**John F. CAMERON, Claimant–
Appellant,**

v.

**Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.**

**No. 2013–7096.**

United States Court of Appeals,
Federal Circuit.

April 9, 2014.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

Barbara E. Thomas, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Stuart F. Delery, Assistant Attorney General, Bryant Snee, Acting Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were Y. Ken Lee, Deputy Assistant General Counsel, and Amanda R. Blackmon, Attorney, United States Department of Veterans Affairs, of Washington, DC.

O'MALLEY, MAYER, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.